1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| GREGORY SIMMONS, | ) | Case No. 06-CV-0622-MEJ |
| | ) | |
| Plaintiff, | ) | Assigned to: Hon. Maria Elena James |
| vs. | ) | |
| | ) | ~~[Proposed]~~ **ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al., | ) ) ) ) | |
| Defendants. | ) | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | The Court, having fully considered the papers submitted by the parties in connection
2 | with Defendants' Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict
3 | Proceedings, and all other papers or arguments filed with or submitted to the Court in connection
4 | with the proceedings in this action, HEREBY ORDERS that the above-captioned case is STAYED
5 | pending transfer to MDL-1769.

IT IS SO ORDERED.

Dated: August 2, 2006

By: _____
United [States District Judge]

*IT IS SO ORDERED*
*Judge Maria-Elena James*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Respectfully submitted by:

Catherine Valerio Barrad (SBN 168897)
Justin Ma (SBN 216217)
Rebecca G. Goldstein (SBN 227180)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013-1010
Telephone:      (213) 896-6000
Facsimile:      (213) 896-6600
cbarrad@sidley.com
jma@sidley.com
rgoldstein @sidley.com

Of Counsel:
Michael W. Davis
James W. Mizgala
Sidley Austin LLP
One South Dearborn
Chicago, IL  60603